IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | No. C-14-3465 MMC |
| PACIFIC THOMAS CORPORATION, dba THOMAS CAPITAL, dba SAFE STORAGE, | Bankruptcy Adv. Proc. No. 13-04079 MEH |
| Debtor. | **ORDER DENYING AS MOOT APPELLANT'S REQUEST TO CONSOLIDATE APPEALS** |
| KYLE EVERETT, Chapter 11 Trustee, | |
| Plaintiff | |
| v. | |
| RANDALL WHITNEY, et al., | |
| Defendants. | |

Before the Court is appellant Randall Whitney's administrative request, filed August 15, 2014, to consolidate the above-titled appeal with an earlier-filed bankruptcy appeal, specifically, <u>Everett v. Whitney</u>, Case No. 13-5766 MMC. By order issued September 9, 2014, the Court dismissed said earlier-filed appeal. (<u>See</u> Case No. 13-5766 Doc. No. 18.)

Accordingly, appellant's administrative request for consolidation is hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: September 16, 2014

MAXINE M. CHESNEY
United States District Judge