ORIGINAL                                                                                    ORIGINAL

1. Paul McCarthy bar no. 139497
2. 2150 Folsom Street, Suite 7A
   San Francisco, CA 94110
   Tel: (415) 702-7260
3. Attorney for *Appellant* RANDALL WHITNEY

United States District Court
for the Northern District of California
Oakland Courthouse

| | |
|---|---|
| In re<br><br>PACIFIC THOMAS CORPORATION, dba PACIFIC THOMAS CAPITAL, dba SAFE STORAGE,<br><br>        *Debtor.* | Case No. **C-14-03465-MMC**<br><br>BK No. 14-54232 MEH (formerly 12-46534)<br>Chapter 11 |
| KYLE EVERETT, Chapter 11 Trustee,<br><br>        *Plaintiff,*<br>    vs.<br><br>RANDALL WHITNEY aka RANDALL C. M. WHITNEY aka RANDALL WORSLEY aka RANDALL C. M. WORSLEY, an individual; PACIFIC TRADING VENTURES dba SAFE STORAGE MANAGEMENT COMPANY, a California corporation; PACIFIC TRADING VENTURES, LTD. ("PTVL"), a Nevada corpor-ation; and JILL V. WORSLEY aka V. JILL WORSLEY, an individual ,<br><br>        *Defendants.* | Adv. Proc. No. 14-05114 (formerly 13-04079)<br><br>SUBSTITUTION OF COUNSEL - CIVIL<br>AND ORDER THEREON |

**SUBSTITUTION OF COUNSEL - CIVIL**

**The Court and All Parties Are Notified That** Randall Whitney makes the following substitution:

   1. Former legal representative:       Party represented self.

   2. New legal representative:          Paul McCarthy bar no. 139497, 2150 Folsom Street, #7A, San Francisco, CA 94110, tel. (415) 702-7260

   3. The party making this substitution is an appellant.

   4. I consent to this substitution.

ORIGINAL

Tuesday, November 4, 2014
Date

Randall Whitney
Appellant

5. I consent to this substitution.

Tuesday, November 4, 2014
Date

Paul McCarthy
Attorney for Appellant Randall Whitney

November 7, 2014

IT IS SO ORDERED
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA