IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | No. C-14-3465 MMC |
| PACIFIC THOMAS CORPORATION, dba THOMAS CAPITAL, dba SAFE STORAGE, | Bankruptcy Adv. Proc. No. 13-05114 MEH (formerly 13-04079) |
| Debtor. | **ORDER DIRECTING APPELLANTS TO SUBMIT CHAMBERS COPIES IN COMPLIANCE WITH DECEMBER 1, 2014 ORDER** |
| KYLE EVERETT, Chapter 11 Trustee, | |
| Plaintiff | |
| v. | |
| RANDALL WHITNEY, et al., | |
| Defendants. / | |

By order filed December 1, 2014, the Court set a briefing schedule on the above-titled bankruptcy appeal,[1] and directed the parties to submit, along with a chambers copy of their respective briefs, a chambers copy of each document filed in the bankruptcy court that is referenced in their respective briefs.

On January 21, 2015, appellants filed their opening brief. Although appellants subsequently submitted a chambers copy of the opening brief, appellants failed to provide a chambers copy of the documents filed in the bankruptcy court referenced therein.

---

[1] The deadlines set forth therein subsequently were extended by orders filed January 5, 2015, and January 15, 2015.

Accordingly, appellants are hereby DIRECTED to comply with the Court's order of December 1, 2014, by submitting forthwith a chambers copy of the documents filed in the bankruptcy court that are referenced in the opening brief.

**IT IS SO ORDERED.**

Dated: February 4, 2015

_____
MAXINE M. CHESNEY
United States District Judge