BUCHALTER NEMER
A Professional Corporation
  ROBERT E. IZMIRIAN (SBN: 53805)
  MIA S. BLACKLER (SBN: 188112)
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 227-0900
Fax: (415) 227-0770
Email: rizmirian@buchalter.com; mblackler@buchalter.com

Attorneys for Chapter 11 Trustee
KYLE EVERETT

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| In re<br><br>PACIFIC THOMAS CORPORATION, dba PACIFIC THOMAS CAPITAL, dba SAFE STORAGE,<br><br>       Debtor. | Case No. 3:14-cv-03465-MMC<br><br>BK No. 14-54232 MEH<br>(formerly 12-46534)<br>Chapter 11<br><br>Adv. Proc. No. 14-05114<br>(formerly 13-04079) |
| KYLE EVERETT, Chapter 11 Trustee,<br><br>       Plaintiff,<br>   vs.<br><br>RANDALL WHITNEY aka RANDALL C. M. WHITNEY aka RANDALL WORSLEY aka RANDALL C. M.WORSLEY, an individual; PACIFIC TRADING VENTURES dba SAFE STORAGE MANAGEMENT COMPANY, a California corporation; PACIFIC TRADING VENTURES, LTD. ("PTVL"), a Nevada corporation; and JILL V. WORSLEY aka V. JILL WORSLEY, an individual,<br><br>       Defendants. | **[PROPOSED]** ORDER GRANTING CHAPTER 11 TRUSTEE KYLE EVERETT'S SECOND ADMINISTRATIVE REQUEST FOR EXTENSION OF TIME TO FILE RESPONDENT'S BRIEF<br><br>Judge: Honorable Maxine M. Chesney<br>Place: 450 Golden Gate<br>       Courtroom 7 – 19th Floor<br>       San Francisco, CA 94102 |

1  Before the Court is respondent's "Second Administrative Request for Extension of Time
2  to File Respondent's Brief," filed March 18, 2015.
3  Good cause appearing, the Administrative Request is hereby GRANTED, and it is hereby
4  ordered that the time for filing the respondent's brief shall be extended a total of eleven (11) days,
5  from March 20, 2015, to and including March 31, 2015. The time for appellants to file their
6  optional reply brief is also extended a corresponding eleven (11) days, so that this optional reply
7  brief, presently due April 3, 2015, shall be due on April 14, 2015.

9  **IT IS SO ORDERED.**

11  DATED:  March 19, 2015                   _____
                                             Hon. Maxine M. Chesney
12                                           United States District Court Judge