IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>PACIFIC THOMAS CORPORATION, dba PACIFIC THOMAS CAPITAL, dba SAFE STORAGE,<br><br>    Debtor.<br><br>KYLE EVERETT, Chapter 11 Trustee,<br><br>    Plaintiff and Appellee,<br><br>  v.<br><br>RANDALL WHITNEY, et al.,<br><br>    Defendants and Appellants | Case No. 14-cv-03465-MMC<br><br>**ORDER VACATING JUDGMENT OF BANKRUPTCY COURT; REMANDING FOR FURTHER PROCEEDINGS** |

    The Court is in receipt of the Ninth Circuit's Mandate, filed April 18, 2018, in the above-captioned case. Accordingly, as directed by the Ninth Circuit, *see* Mem. Dispo., No. 16-16047, at 3 (9th Cir. March 27, 2018), the bankruptcy court's judgment, entered November 4, 2014, in favor of Kyle Everett, the Chapter 11 trustee for the estate of the debtor, Pacific Thomas Corporation, is hereby VACATED, and the action is hereby REMANDED to the bankruptcy court to determine whether the parties' lease agreements are void under principles of California contract law.

    **IT IS SO ORDERED.**

Dated: April 20, 2018

MAXINE M. CHESNEY
United States District Judge